UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAARON LEE HAMMOND,<br>　　　　Petitioner,<br>　v.<br>MARTIN BITER, Warden,<br>　　　　Respondent. | NO. CV 13-2766-ODW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 2, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　United States District Judge